THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0022-JCC |
| Plaintiff, | ORDER |
| v. | |
| KEVIN ANTOINE JONES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Government's unopposed motion to extend the protective order in this matter (Dkt. No. 42). Finding good cause, the motion is GRANTED. The terms of the existing protective order (Dkt. No. 25) are extended to Defendant Gerald Allen Cowles and his defense team. Mr. Cowles and his defense team are governed and bound by all terms of that order.

DATED this 18th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE