The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD COWLES,<br><br>Defendant. | NO. CR21-022JCC<br><br>[~~Proposed~~] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL |

THIS COURT having considered the Motion of the United States and Defendant Gerald Cowles for a continuance of the trial date and the facts set forth therein, which are hereby adopted by reference and incorporated as findings of fact, hereby FINDS that, in light of the need for additional time for counsel to evaluate the case and prepare for trial, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial shall be continued until December 11, 2023.  The pretrial motions deadline is November 3, 2023.

Order to - 1
*United States v. Cowles* / CR21-022 JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

IT IS FURTHER ORDERED that the period of time from the date of this order up to and including the new trial date of December 11, 2023 shall be excludable time pursuant to 18 U.S.C. § 3161.

DATED this 17th day of July 2023.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Michael Dion*
MICHAEL DION
Assistant United States Attorney

*s/ Michael Nance*
MICHAEL NANCE
Counsel for Defense

Order to - 2
United States v. Cowles / CR21-022 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970