The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GERALD ALLEN COWLES, <br> Defendant. | No. CR21-022-JCC <br><br> [~~PROPOSED~~] <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Gerald Allen Cowles' interest in a sum of money (also known as a forfeiture money judgment) in the amount of $3,500, reflecting proceeds Defendant obtained from commission of Bank Fraud, in violation of 18 U.S.C. § 1344.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate because:

- The proceeds of Bank Fraud, in violation of 18 U.S.C. § 1344, are forfeitable pursuant to 18 U.S.C. § 982(a)(2);

Order of Forfeiture - 1
*United States v. Gerald Allen Cowles,* CR21-022-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In his Plea Agreement, Defendant agreed to forfeit this $3,500 sum of money pursuant to 18 U.S.C. § 982(a)(2), as it reflects proceeds he obtained from commission of Bank Fraud and to which he entered a guilty plea (Dkt. No. 143, ¶ 12);

- In Defendant's Plea Agreement, the United States agreed it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited $3,500 sum to restitution that is ordered, and that any amount Defendant pays toward restitution will be credited against this $3,500 forfeited sum (Dkt. No. 143, ¶ 12); and

- The forfeiture of this $3,500 sum of money is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(2) and his Plea Agreement, Defendant's interest in the above-identified $3,500 sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $3,500 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $3,500; and,

Order of Forfeiture - 2
*United States v. Gerald Allen Cowles,* CR21-022-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 20th day of October 2023.

*[signature: John C. Coughenour]*

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Gerald Allen Cowles,* CR21-022-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970